IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH
CAROLINA EASTERN DIVISION

MARLON DWAYNE BOYKIN,
Petitioner,

v.

INTERNAL REVENUE SERVICE,
Respondent.



FILED

OCT 14 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____JEA_____
DEP CLK

Case No. 7:25-MC-3-RJ

**PETITIONER'S RESPONSE TO THE COURT'S SEPTEMBER 30 ORDER**

Petitioner Marlon Dwayne Boykin, proceeding *pro se*, respectfully submits this response to the Court's
Order of September 30, 2025 ([DE-12]). As demonstrated below and by the attached exhibits,
Petitioner has met all jurisdictional requirements, and this matter is properly before this Court.

## I. INTRODUCTION

The Court's order raised three jurisdictional issues: (1) the timeliness of the original motion to quash;
(2) the proper service of the motion on the IRS; and (3) the propriety of venue in this District. The
evidence provided herein resolves all three issues in Petitioner's favor. The IRS notice, though dated
July 16, 2025, was not received by Petitioner until the last week of July 2025. Petitioner's motion to
quash, filed August 4, 2025, was therefore timely. Furthermore, proof of service confirms the motion
was properly served on the designated IRS agent. Finally, venue is proper because the IRS itself
directed the summons to an office of Truist Financial located within this District, meaning Truist is
"found" here for the purposes of the statute. For these reasons, the Court has jurisdiction to hear this
case, and Petitioner respectfully requests the Court proceed to the merits of his pending motions.

## II. ARGUMENT
### A. The Motion to Quash Was Timely Filed.
The Court's order correctly notes that a proceeding to quash must be initiated within 20 days of when
notice is "given." 26 U.S.C. § 7609(b)(2)(A). While the notice letter is dated July 16, 2025 (attached as
**Exhibit A**), this date does not reflect when notice was actually given. As stated in the attached
Declaration of Marlon Dwayne Boykin, the notice was not received until the last week of July 2025,
indicating a significant delay from the date printed on the letter.
Based on a receipt date at the end of July, the 20-day deadline would fall in mid-to-late August.
Petitioner's filing on August 4, 2025, was therefore timely. Moreover, the summons itself, issued by the
IRS Criminal Investigation division, contained an unlawful instruction to Truist Financial: "Please do
not disclose the existence of this subpoena to the above listed individuals or any third party." (See
Exhibit A, Summons Attachment). This attempt to conceal the summons from Petitioner makes any
argument by the Government about strict adherence to deadlines an act of bad faith.
### B. The Motion to Quash Was Properly Served on the IRS.
The Court questioned whether a copy of the petition was provided to the office designated by the IRS.
The summons identifies the point of contact as Special Agent Maggie McLellan at the IRS-Criminal

Investigation office in Washington, D.C. (Exhibit A). On August 4, 2025, the same day the Motion to Quash was filed with the Court, Petitioner served a copy of the motion via Certified Mail to Special Agent McLellan at the address provided.

The signed return receipt, attached as **Exhibit B**, confirms the motion was successfully delivered and received by the IRS on August 22, 2025. This satisfies the service requirement of 26 U.S.C. § 7609(b)(2)(B), which requires the petitioner to "mail" a copy of the petition within the 20-day period.

**C. Venue is Proper in the Eastern District of North Carolina.**

Venue is proper in any district where the summoned party "resides or is found." 26 U.S.C. § 7609(h)(1). While Truist's corporate headquarters may be in the Western District, the IRS itself directed this summons to **Truist Financial, Legal Fulfillment, 4320 Kahn Drive, Lumberton, North Carolina 28358**. (Exhibit A). Lumberton is located in Robeson County, which lies within the Eastern District of North Carolina.

By serving the summons on an entity operating within this District, the Government has conceded that Truist is "found" here for the purposes of this action. It would be unjust and inefficient to force a second transfer of this case when the Government itself initiated contact with Truist in this very District.

**III. CONCLUSION**

Petitioner has demonstrated that the motion to quash was timely filed and properly served, and that venue is proper in this District. Petitioner respectfully requests the Court find that jurisdiction is established and proceed to rule on the merits of Petitioner's Motion to Quash ([DE-1]) and Emergency Motion for Return and Destruction of Records ([DE-5]).

Respectfully submitted,

Date: October 5 , 2025

**Marlon Dwayne Boykin,** *Pro Se*
1343 First Street, NW Washington, D.C. 20001
(202) 568-0024
mboykin14@msn.com

# DECLARATION OF MARLON DWAYNE BOYKIN

I, Marlon Dwayne Boykin, hereby declare as follows:

1. I am the Petitioner in the above-captioned case. I have personal knowledge of the facts stated herein.
2. I provide this declaration in support of my Response to the Court's September 30 Order.
3. The IRS notice and summons in this matter, dated July 16, 2025 (attached as Exhibit A), was not received by me at my mailing address until the last week of July 2025. I am certain I received it after July 25, 2025.
4. I no longer possess the envelope in which the notice was mailed.
5. Upon receiving the delayed notice, I acted promptly by filing my Motion to Quash on August 4, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____5th_____ day of October, 2025.

Marlon Boykin

**Marlon Dwayne Boykin**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Truist Financial
Attn: Legal Fulfilment
4320 Kahn Drive
Lumberton, NC 28358

9590 9402 8419 3156 8880 49

2. Article Number (Transfer from service label)

9589 0710 5270 1283 3148 50

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X **Latonya Bethea**  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Latonya Bethea

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

AUG 11 2025
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Issued Mail
☐ ...il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20002

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $1.36

Total Postage and Fees
$11.06

Sent To Maggie McLellan IRS Criminal Invst
Street and Apt. No., or PO Box No. 1200 First St NE, suite 4200
City, State, ZIP+4® Washington, DC 20002

AUG 05 2025  Postmark Here
08/05/2025  USPS

7017 3040 0000 6559 8209

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Lumberton, NC 28358

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $1.36

Total Postage and Fees
$11.06

Sent To Truist Financial
Street and Apt. No., or PO Box No. 4320 Kahn Drive
City, State, ZIP+4® Lumberton, NC 28358

AUG 05 2025  Postmark Here
08/05/2025  USPS

7017 3040 0000 5270 0710 9589

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20001

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $1.36

Total Postage and Fees
$11.06

Sent To US Attorney's Office
Street and Apt. No., or PO Box No. 555 4th St NW
City, State, ZIP+4® Washington, DC 20001

AUG 05 2025  Postmark Here
08/05/2025  USPS

7017 3040 0000 6559 8223

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit B1