# Summons

In the matter of 1000322015
Internal Revenue Service (division)  Criminal Investigation
Industry/Area (name or number)  Washington, D.C. Field Office
Periods  January 1, 2020 through Present

**The Commissioner of Internal Revenue**

To  Truist Financial, Legal Fulfillment
At  4320 Kahn Drive, Lumberton, North Carolina 28358

You are hereby summoned and required to appear before Special Agent Maggie McLellan (or her designee) an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see attachment.

Note: If the cost of compliance exceeds $500, please contact Special Agent Maggie McLellan at 202-316-4148 prior to production of any records as additional permission is required before payment can be made.

**GOVERNMENT EXHIBIT 1**

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear**
1200 First Street NE, Suite 4200, Washington, D.C. 20002; 202-316-4148

**Place and time for appearance at** 1200 First Street NE, Suite 4200, Washington, D.C. 20002
Note: Production of records via electronic means to Maggie.McLellan@ci.irs.gov is acceptable and preferred in lieu of appearance.
on the 8 day of August, 2025 at 5:00 o'clock p .m.
(year)

**Issued under authority of the Internal Revenue Code this** 16 day of July, 2025
(year)

Signature of issuing officer  *Maggie McLellan*  |  Title  Special Agent
Signature of approving officer (if applicable)  |  Title

Form **2039** (Rev. 3-2020)   Catalog Number 21405J   publish.no.irs.gov   Department of the Treasury - Internal Revenue Service
Original — to be kept by IRS

# Service of Summons, Notice and Recordkeeper Certificates
(Pursuant to Section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on

| Date | Time |
|---|---|
| 07/16/2025 | 2:24 pm |

**How Summons Was Served**

- [ ] 1. I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed

- [ ] 2. I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)* _____

- [x] 3. I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address  Truist Financial Registered Agent Corporation Service Company
1156 15th St NW, Suite 605, Washington, DC 20005

- [ ] 4. I certify that I served a copy of the summons, which contained the attestation required by § 7603, by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness, *(e.g. facsimile transmission)*

| Signature | Title |
|---|---|
| *Maggie McJellan* | Special Agent |

5. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

| Date of giving notice | Time |
|---|---|
| 07/16/2025 | 2:24 pm |

Name of noticee

Marlon Dwayne Boykin

Address of noticee *(if mailed)*

1343 First Street, NW, Washington, D.C. 20001

**How Notice Was Given**

- [x] I gave notice by certified or registered mail to the last known address of the noticee
- [ ] I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person *(if any)*
- [ ] I gave notice by handing it to the noticee
- [ ] In the absence of a last known address of the noticee, I left the notice with the person summoned
- [ ] No notice is required

| Signature | Title |
|---|---|
| *Maggie McJellan* | Special Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Special Agent |

Form **2039** (Rev. 3-2020)   Catalog Number 21405J   publish.no.irs.gov   Department of the Treasury - **Internal Revenue Service**



# UNITED STATES POSTAL SERVICE.

FALLS CHURCH FINANCE
800 W BROAD ST STE 100
FALLS CHURCH, VA 22046-3199
www.usps.com

07/16/2025                               02:24 PM

----------------------------------------

TRACKING NUMBERS
9589 0710 5270 2372 6128 19
9589 0710 5270 2372 6128 02

----------------------------------------

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



----------------------------------------

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

----------------------------------------

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

----------------------------------------

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.07 |
| Washington, DC 20005 Weight: 0 lb 1.60 oz Estimated Delivery Date Fri 07/18/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: 9589 0710 5270 2372 6128 19 | | | |
| Affixed Postage Affixed Amount: $6.37 | | | -$6.37 |
| Total | | | $0.00 |
| First-Class Mail® Letter | 1 | | $1.07 |
| Washington, DC 20001 Weight: 0 lb 1.90 oz Estimated Delivery Date Fri 07/18/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: 9589 0710 5270 2372 6128 02 | | | |
| Affixed Postage Affixed Amount: $6.37 | | | -$6.37 |
| Total | | | $0.00 |

----------------------------------------

Grand Total:                              $0.00

----------------------------------------



