IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-MC-00003-RJ

| | |
|---|---|
| MARLON DWAYNE BOYKIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MAGGIE MCLELLAN

I, Maggie McLellan, being of legal age and pursuant to the provisions of 28 U.S.C. § 1746(2), declare under penalty of perjury that the following is true and correct.

1. I am a Special Agent with the United States Department of the Treasury, Internal Revenue Service, Criminal Investigation. I am currently assigned to the Washington, D.C. Field Office.

2. In my capacity as a Special Agent, I am investigating claims for Employee Retention Credits by Marlon Dwayne Boykin and/or his businesses.

### TAX RELATED TERMINOLOGY

3. A Form 941, Employer's Quarterly Federal Tax Return, is required by employers to report various types of taxes withheld from employees' wages quarterly, hereafter referred to as payroll tax returns.

4. During the COVID-19 pandemic, the Employee Retention Credit became available as a refundable federal tax credit for employers to encourage businesses to keep employees on their payroll. The credit was available to eligible employers that paid wages to some or all employees after March 12, 2020, and before January 1, 2022. The refundable credit was based on the number of employees and amount of wages. The credit could be claimed on the quarterly payroll tax return, the Form 941. The Employee Retention Credit is a refundable tax credit, so if the credit exceeds the total payroll tax liability and other liabilities, the remaining amount is returned as a refund to the employer.

## INVESTIGATION BACKGROUND

5. Marlon Dwyane Boykin resides or can be found at 1343 First Street, NW, Washington, D.C. 20001. He is the registered owner of 16 businesses that filed 58 Forms 941 claiming the Employee Retention Credit. The claims on these Forms 941 are being investigated.

6. The IRS paid some of the requested refunds which correspond to four Forms 941 filed by two different businesses.

## SUMMONED INFORMATION

7. On July 16, 2025, I issued a third-party summons, pursuant to 26 U.S.C. § 7609, to Truist Financial. *See* IRS' Exhibit 1, at 1-2, Docket Entry (DE) 14-1, at 1-5. The summons directed Truist Financial to give testimony and produce for examination books, records, papers, and other data as described in the summons and

related to Marlon Dwayne Boykin and his 16 businesses, including the two businesses referenced in paragraph 6, above.

8. On July 16, 2025, I served the summons on Truist Financial by mailing, by certified mail, an attested copy to Truist Financial's registered agent, Corporation Service Company at 1156 15th Street NW, Suite 605, Washington, D.C. 20005. *See* IRS' Exhibit 1, at 2 and 3.

9. On July 16, 2025, I provided notice of the service of the summons to Marlon Dwayne Boykin, by certified mail. *See* IRS' Exhibit 1, at 2-3.

10. The summons issued in this matter seeks documents pertaining to any accounts at Truist Financial related to Marlon Dwayne Boykin or his 16 businesses. It is necessary to obtain the testimony of a representative of Truist Financial and to examine the summoned documents, books, records, papers, or other data to determine information about the accounts the Treasury checks were deposited into and the disposition of the proceeds.

11. On August 5, 2025, I received an email from a representative of Truist Financial with a link to download the production from Truist Financial in response to the summons issued on July 16, 2025.

12. On August 8, 2025, I clicked on the link in the email sent from Truist Financial on August 5, 2025, and it opened a folder on Box.com that contained the Truist production. I downloaded the contents of the Box.com folder to my computer. I have not viewed any of the contents of this folder and do not know what files it contains.

13. All administrative steps required by the Internal Revenue Code for the issuance of summonses have been followed.

14. As of the date of this declaration, no "Justice Department referral" is in effect with respect to Marlon Dwayne Boykin. Specifically, the IRS has not made a referral to the Department of Justice within the meaning of 26 U.S.C. § 7602(d) with respect to Marlon Dwayne Boykin. Moreover, the Department of Justice has not made any request under 26 U.S.C. § 6103(h)(3)(B) for the disclosure of any return or return information (as those terms are defined in 26 U.S.C. § 6103(b)) relating to Marlon Dwayne Boykin.

I declare under penalty of perjury that the forgoing is true and correct. 28 U.S.C. § 1746(2).

Executed on October 24, 2025.

Maggie E. McLellan
Digitally signed by Maggie E. McLellan
Date: 2025.10.24 11:32:49 -04'00'

_____

Maggie McLellan
Special Agent
Criminal Investigation
Internal Revenue Service
U.S. Department of Treasury
Washington, D.C.