# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## GREENVILLE DIVISION



FILED
NOV 17 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

Case No. 7:25-mc-00003-RJ

**MARLON DWAYNE BOYKIN,**

*Petitioner,*

v.

**INTERNAL REVENUE SERVICE,**

*Respondent.*

## NOTICE OF APPEAL

Notice is hereby given that Petitioner Marlon Dwayne Boykin, proceeding *pro se*, appeals to the United States Court of Appeals for the Fourth Circuit from the final Order entered in this action on the 28th day of October, 2025, which dismissed Petitioner's petition to quash for lack of subject-matter jurisdiction.

Dated: November 12, 2025

Respectfully submitted,

/s/ Marlon Dwayne Boykin

**Marlon Dwayne Boykin** 1343 1st St. NW
Washington, DC 20001
202-568-0024 mboykin14@msn.com
*Petitioner, Pro Se*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### GREENVILLE DIVISION

Case No. 7:25-mc-00003-RJ

**MARLON DWAYNE BOYKIN,**

*Petitioner,*

v.

**INTERNAL REVENUE SERVICE,**

*Respondent.*

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Petitioner Marlon Dwayne Boykin, proceeding *pro se*, respectfully moves this Court for leave to proceed *in forma pauperis* in his appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order dated October 28, 2025.

In support of this motion, Petitioner submits the attached Application to Proceed in District Court Without Prepaying Fees or Costs (AO 239), which details his financial inability to pay the costs and fees associated with this appeal.

Petitioner declares under penalty of perjury that he is unable to pay the costs of these proceedings and that he is entitled to the relief requested.

Dated: November 12, 2025

Respectfully submitted,

/s/ Marlon Dwayne Boykin

**Marlon Dwayne Boykin** 1343 1st St. NW
Washington, DC 20001
202-568-0024 mboykin14@msn.com
*Petitioner, Pro Se*

SCANNED